United State District Court
Middle District of Florida
Ft. Myers Division


ELLIS ATHANAS,

     Plaintiff,

v.                                          Civil Action No. 1:25-cv

OFFICER ALEJANDRO PEREZ, a Lee County Sheriff Deputy, in his individual capacity,
OFFICER LOUIS SCOWDEN, a Lee County Sheriff Deputy, in his individual capacity,

     Defendants.

_____

     Unopposed **Motion for Special Admission**

     I, Kevin Mehr of Mehr Jolly, PLLC, respectfully move this Court for special admission to represent Plaintiff Ellis Athanas in this action.

     I am not a member in good standing of The Florida Bar.

     I am a member in good standing of the Colorado State bar, the United States district court for the District of Colorado, and the United States appellate court for the 10th Circuit.

     I have not abused the privilege of special admission by maintaining a regular law practice in Florida.  I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

     N/A

     I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I will pay the necessary fees upon special admission.

I will register with the Court's CM/ECF system.  I also affirm the oath, which

states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

**/S/ Kevin Mehr**
**KEVIN MEHR, Colorado Bar**
**#49108**
Mehr Jolly PLLC
3107 W. Colorado Ave.
#184
Colorado Springs, CO 80904
719-315-4606
Kevin.mehr@mehrlawcolorado.com

Local Rule 3.01(g) Certification

I have not conferred with the opposing party because the instant case has not

yet been filed.

2

/s/ Kevin Mehr
  **KEVIN MEHR, Colorado Bar #49108**
  Mehr Jolly PLLC
  3107 W. Colorado Ave.
  #184
  Colorado Springs, CO 80904
  719-315-4606
  Kevin.mehr@mehrlawcolorado.com

Dated:  September 16, 2025