IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Civil Action No. 1:25-cv-00822-SPC-DNF

ELLIS ATHANAS,

    Plaintiff,

v.

OFFICER ALEJANDRO PEREZ, a Lee County Sheriff Deputy, in his individual capacity,
OFFICER LOUIS SCOWDEN, a Lee County Sheriff Deputy, in his individual capacity,

    Defendants.
_____

NOTICE OF DESIGNATION OF LEAD COUNSEL
_____

    Plaintiff Ellis Athanas, by and through his attorneys Kevin Mehr and Tyler Jolly of Mehr Jolly, PLLC, hereby gives notice of the following:

    Plaintiff designates Kevin Mehr, Colorado Bar #49108 as lead Plaintiff's Counsel in this matter. Plaintiff gives this notice in accordance with the Court's 09/18/2025 Order, (ECF 5).

/s/ Kevin Mehr

1

2

**KEVIN MEHR, Colorado Bar #49108**
Mehr Jolly PLLC
3107 W. Colorado Ave.
#184
Colorado Springs, CO 80904
719-315-4606
Kevin.mehr@mehrlawcolorado.com

/s/Tyler Jolly
**TYLER JOLLY, Colorado Bar #52361**
Mehr Jolly, PLLC
3107 W. Colorado Ave.
#184
Colorado Springs, CO 80904
719-315-4606
Tyler@jollylawcolorado.com


Dated:  September 30, 2025