UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELLIS ATHANAS,

    Plaintiff,

v.                                      Case No. 2:25-cv-00822-SPC-DNF

OFFICER ALEJANDRO PEREZ,
a Lee County Sheriff Deputy, in
his individual capacity,

    Defendant.
_____/

## NOTICE OF A RELATED ACTION

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice**. Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Relation Action must be filed in all cases in the Middle Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☐**IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

        Respectfully submitted,

        */ s / Geraldo F. Olivo, III*
        Geraldo F. Olivo, III
        Brendan J. Shearman

*(Certificate of Service to follow)*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of January 21, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the Notice of Electronic Filing by email to the following CM/ECF participants:

Kevin Mehr
Colorado Bar No. 49109
Tyler Jolly
Colorado Bar No. 52361
Mehr Jolly PLLC
3107 W. Colorado Ave., #184
Colorado Springs, CO 80904
Telephone: (719) 315-4606
kevin.mehr@mehrlawcolorado.com
tyler@jollylawcolorado.com
*Counsel for Plaintiff, Ellis Athanas*

HENDERSON, FRANKLIN,
STARNES & HOLT, P.A.
*Attorneys for Defendant*
Post Office Box 280
1715 Monroe Street
Fort Myers, FL   33902-0280
Telephone  (239) 344-1187

By: */s/Geraldo F. Olivo, III*
Geraldo F. Olivo, III, Esquire
Florida Bar No. 60905
geraldo.olivo@henlaw.com
rebekah.davies@henlaw.com
Brendan J. Shearman, Esquire
Florida  Bar No. 1026392
brendan.shearman@henlaw.com
natalie.mccummins@henlaw.com
rebekah.davies@henlaw.com